```
              UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF MISSISSIPPI
                    JACKSON DIVISION


PAMELA ELLIS                                        PLAINTIFF

VS.                            CIVIL ACTION NO. 3:03CV357LN

ANTHONY J. PRINCIPI, IN HIS CAPACITY AS
SECRETARY OF THE UNTIED STATES DEPARTMENT
OF VETERANS AFFAIRS                                 DEFENDANT

                     CONSOLIDATED WITH

PAMELA ELLIS                                        PLAINTIFF

VS.                           CIVIL ACTION NO. 3:03CV1355LN

ANTHONY J. PRINCIPI, IN HIS CAPACITY AS
SECRETARY OF THE UNTIED STATES DEPARTMENT
OF VETERANS AFFAIRS                                 DEFENDANT
```

## JUDGMENT

For the reasons given in this court's memorandum opinion and order granting defendant's motion for summary judgment entered in this matter on this date, it is hereby ordered that this action is dismissed.

SO ORDERED AND ADJUDGED this 20th day of January, 2006.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE